United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SETH D. MASON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-cv-291 |
| | § | |
| C. R. BARD, INC. & BARD | § | |
| | § | |
| PERIPHERALL VASCULAR, INC., | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL

On February 7, 2022, the plaintiff Seth D. Mason and the defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 16.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 8th day of February, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE